UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYLER ARCHON, individually and on behalf of all others similarly situated,<br><br>v.<br><br>TAYLOR & TYLER, INC. and ERIC GUILLORY | Case No: 2:18-cv-006854<br>FLSA Collective Action |

## ORIGINAL COLLECTIVE ACTION COMPLAINT

### SUMMARY

1. Taylor & Tyler, Inc. ("T&T A/C") and Eric Guillory failed to pay Tyler Archon, and other workers like him, overtime as required by federal law.

2. Instead, T&T A/C and Guillory paid Archon, and other workers like him, what T&T A/C and Guillory considered a salary for all hours worked, without any overtime pay.

3. T&T A/C and Guillory paid Archon, and the workers like him, a salary without any overtime, even though Archon and the workers like him were not exempt from overtime.

4. Archon brings this collective action to recover unpaid overtime and other damages owed to him and the workers like him.

### JURISDICTION AND VENUE

5. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action involves a federal question under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b).

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) because both T&T A/C and Guillory reside in this District.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this District.

8. T&T A/C maintains its headquarters and principal place of business in this District.

9. Guillory resides in this District.

10. Archon performed work for T&T A/C and Guillory in this District.

## THE PARTIES

11. Archon was employed by T&T A/C and Guillory performing air conditioning repair.

12. Archon worked for T&T A/C and Guillory from July 2017 to June 2018.

13. Archon regularly worked over 40 hours in a week, but was not paid overtime.

14. Archon's consent to be a party plaintiff is attached as Exhibit A.

15. Archon represents at least one class of similarly situated workers.

16. T&T A/C is a Louisiana corporation. It may be served by serving its registered agent for service of process: **Eric Guillory, 2301 Brooklyn Ave., Harvey, Louisiana 70058**.

17. Guillory is a natural person. He may be served by service upon him at: **2301 Brooklyn Ave., Harvey, Louisiana, 70058**, or wherever he may be found.

18. At all relevant times, Guillory, was the president of T&T A/C.

19. At all relevant times, Guillory, was an owner of T&T A/C.

20. At all relevant times, Guillory, was the sole owner of T&T A/C.

21. T&T A/C and Guillory employed and/or jointly employed Archon and the Putative Class Members.

22.     T&T A/C and Guillory are joint employers for purposes of the FLSA. *See* 29 C.F.R. § 791.2.

## COVERAGE UNDER THE FLSA

23.     At all relevant times, T&T A/C employed Archon and the Putative Class Members within the meaning of the section 3(d) of the FLSA, 29 U.S.C. § 203(d).

24.     At all relevant times, T&T A/C has been part of an enterprise within the meaning of section 3(r) of the FLSA, 29 U.S.C. § 203(r).

25.     At all relevant times, T&T A/C has been part of an enterprise engaged in commerce or in the production of goods for commerce within the meaning of section 3(s)(1) of the FLSA, 29 U.S.C. § 203(s)(1), in that said enterprise has and has had employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials—such as tools, equipment, and air conditioning units—that have been moved in or produced for commerce by any person and in that T&T A/C has had an annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level which are separately stated).

26.     At all relevant times, Archon and the Putative Class Members were engaged in commerce or in the production of goods for commerce.

## FACTS

27.     T&T A/C is an "Air Condition, Heating, and Insulation specialist." http://www.taylortylerac.com/ (last visited Jul. 19, 2018).

28.     T&T A/C "specialize[s] in HVAC, Insulation, and Energy Saving Solutions for residential and commercial businesses." http://www.taylortylerac.com/ (last visited Jul. 19, 2018).

29.     In each of the past three years, T&T A/C's gross revenues exceeded $500,000.

30. T&T A/C and Guillory employs air condition repair personnel.

31. Archon is one of the air conditioning repair personnel T&T A/C and Guillory has employed.

32. Over the past three years, T&T A/C and Guillory employed many individuals—including Archon—who were not exempt from the FLSA's overtime requirements, but were paid a salary only, without any overtime for hours in excess of 40 in a workweek.

33. The Putative Class Members routinely handle goods or materials that have moved in, or were produced for, interstate commerce.

34. Archon is a non-exempt employee.

35. The putative class members are non-exempt employees.

36. Archon performs hands-on work.

37. Putative class members perform hands-on work.

38. Archon was a blue collar worker for T&T A/C and Guillory.

39. Putative class members are blue-collar workers.

40. Archon did not have any supervisory responsibilities.

41. Putative class members did not have any supervisory responsibilities.

42. Archon and the putative class members' job functions are primarily manual labor/technical in nature.

43. Variations, if any, in the putative class members' job duties do not impact their entitlement to overtime under the FLSA.

44. T&T A/C and Guillory regularly scheduled Archon and the other putative class members for 12 or more hours of work per day.

45. T&T A/C and Guillory knows Archon worked more than 40 hours in a week.

46. T&T A/C and Guillory knows the putative class members work more than 40 hours in a week.

47. T&T A/C and Guillory did not pay Archon overtime at 1.5 times his regular rate of pay.

48. T&T A/C and Guillory did not pay putative class members overtime at 1.5 times their regular rate of pay.

49. T&T A/C and Guillory also know Archon and the putative class members are not exempt from the FLSA's overtime provisions (or the provisions of any similar state overtime laws).

50. Nonetheless, T&T A/C and Guillory did not pay the Putative Class Members overtime for hours worked in excess of 40 in a workweek.

51. T&T A/C and Guillory knew or showed reckless disregard for whether their payroll practices violated the minimum wage and overtime provisions of the FLSA.

52. Accordingly, T&T A/C and Guillory willfully violated the FLSA's minimum wage and overtime provisions.

### COLLECTIVE ACTION ALLEGATIONS

53. T&T A/C and Guillory employed other air conditioning repair personnel similarly situated to Archon.

54. These potential class members are similarly situated to Archon because they were denied overtime pay under the same pay policy as Archon.

55. Like Archon, the putative class members worked in excess of 40 hours per week without receiving overtime pay.

56. Therefore, the class Archon represents is properly defined as:

**All employees of Taylor & Tyler, Inc. and/or Eric Guillory performing air conditioning repair work who were paid a salary and who worked over 40 hours in any workweek at any point in the past 3 years.**

### CAUSE OF ACTION—VIOLATION OF THE FLSA

57. Archon incorporates all preceding paragraphs by reference.

58. At all relevant times, T&T A/C and Guillory have been employers engaged in interstate commerce and/or the production of goods for commerce within the meaning of the FLSA.

59. T&T A/C and Guillory employed Archon and each of the putative class members.

60. By failing to pay Archon and the other putative class members overtime at 1.5 times their regular rates, T&T A/C and Guillory violated the FLSA. 29 U.S.C. § 207(a).

61. T&T A/C and Guillory owe Archon and the other putative class members the difference between the rate actually paid and the proper overtime rate.

62. Because T&T A/C and Guillory knew, or showed reckless disregard for whether, their pay practices violated the FLSA, T&T A/C and Guillory owe these wages for at least the past three years.

63. T&T A/C and Guillory also owe Archon and the other putative class members an amount equal to the unpaid overtime wages as liquidated damages.

64. Archon and the other putative class members are entitled to recover all reasonable attorneys' fees, costs, and expenses incurred in this action.

### RELIEF SOUGHT

65. WHEREFORE, Archon prays for judgment against T&T A/C and Guillory as follows:

a. For an order finding T&T A/C and Guillory to be employers pursuant to the FLSA;

b. For an order certifying this case as a collective action for the purposes of the FLSA claims;

c. For an order finding T&T A/C and Guillory liable for violations of state and federal wage laws with respect to Archon and all putative class members covered by this case;

d. For a judgment awarding all unpaid wages, liquidated damages, and/or penalty damages, to Archon and all putative class members covered by this case;

e. For a judgment awarding Archon and all putative class members covered by this case their costs of this action;

f. For a judgment awarding Archon and all putative class members covered by this case their attorneys' fees;

g. For a judgment awarding Archon and all putative class members covered by this case pre- and post-judgment interest at the highest rates allowed by law; and

h. For all such other and further relief as may be necessary and appropriate.

Respectfully submitted,

By: */s/ Matthew S. Parmet*
_____
**Matthew S. Parmet**, T.A.
Louisiana Bar # 32855
**PARMET HEDGPETH LLP**
800 Sawyer St.
Houston, Texas 77007
p 713 999 5228
matt@parmethedgpeth.com

**Attorneys for Plaintiff**