**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TYLER ARCHON**, individually and on behalf of all others similarly situated,<br><br>  *Plaintiff*,<br>    v.<br><br>**TAYLOR & TYLER, INC.** and **ERIC GUILLORY**,<br><br>  *Defendants*. | **Civil Action No. 2:18-cv-6854** |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

**MAY IT PLEASE THE COURT:**

Plaintiff Tyler Archon ("Plaintiff") and Defendants Taylor & Tyler, Inc. and Eric Guillory (collectively, "Defendants") jointly move for the approval of the written settlement agreement between Plaintiff and Defendants and for dismissal of this litigation in light of their settlement.

Plaintiff asserted claims for unpaid overtime in accordance with the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, as amended ("FLSA"). Defendants have denied the allegations asserted by Plaintiff, and further denied any liability to Plaintiff. As set forth in greater detail in the accompanying memorandum of law, the parties have agreed to settle a *bona fide* dispute arising under the FLSA, where recovery is uncertain, and in order to avoid protracted, cost-inefficient litigation.

The settlement was confected after the parties exchanged information and documentation regarding Plaintiff's alleged hours worked, Defendants' documentation of same, and documentation regarding whether a Section 7(f) contract existed under the FLSA. All negotiations were through counsel, at arms-length. Undersigned counsel represent that they had sufficient information to fairly and appropriately evaluate the claims, defenses, and issues, and their respective clients have determined that this settlement is fair, reasonable, and adequate. The settlement terms are set forth in a

Confidential Settlement Agreement and Release, which is being concurrently filed with the Court under seal.

In sum, the proposed settlement satisfies the criteria set forth in *Lynn Food Stores, Inc. v. U.S.*, 679 F.2d 1350 (11th Cir. 1982), which the Courts of this Circuit have frequently cited in evaluating settlements of FLSA claims. The parties jointly ask that this Court approve their settlement and dismiss this lawsuit with prejudice.

    Respectfully submitted,

*/s/* Travis M. Hedgpeth
**Travis M. Hedgpeth**
Texas Bar No. 24074386
**THE HEDGPETH LAW FIRM, PC**
3050 Post Oak Blvd, Suite 510
Houston, Texas 77056
Telephone: (281) 572-0727
Email: travis@hedgpethlaw.com

**Michael A. Mahone, Jr., Bar No. 32567**
THE MAHONE FIRM LLC
5190 Canal Blvd., Suite 102
New Orleans, Louisiana 70124
Telephone: (504) 564-7342
Facsimile: (504) 617-6474
Email: mike@mahonefirm.com
**Attorneys for Plaintiff**

*/s/ Jeffrey D. Kessler*
JAMES M. GARNER, #19589
JEFFREY D. KESSLER, #30156
RYAN O. LUMINAIS, #30605
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
Email: jgarner@shergarner.com
jkessler@shergarner.com
rluminais@shergarner.com
**ATTORNEYS FOR TAYLOR & TYLER, INC. and ERIC GUILLORY**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed and served on all parties of record via the Court's CM/ECF filing system, this 10th day of May, 2019.

*/s/* Jeffrey D. Kessler
Jeffrey D. Kessler
