UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TYLER ARCHON**                                                               **CIVIL ACTION**

**VERSUS**                                                                                  **NO. 18-6854**

**TAYLOR & TYLER INC. AND ERIC GUILLORY**                     **SECTION "B"(5)**

### ORDER

Considering the "Joint Motion for Dismissal of Case with Prejudice" (Rec. Doc. 48),

**IT IS ORDERED** that the motion is **GRANTED.** Plaintiff's claims against defendants in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**, with all parties bearing their own respective costs.

New Orleans, Louisiana this 1st day of October, 2019

_____
SENIOR UNITED STATES DISTRICT JUDGE